83,846-01

September 1, 2015

Court of Criminal Appeals
PO Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 04 2015
Abel Acosta, Clerk

RE: APPLICATION FOR WRIT OF MANDAMUS
EX PARTE JOSE RAUL GRANADOS
T/C NO. 12-09-02-8-CRA
WRIT NO. TBA

Dear Court Clerk,

Please find enclosed my Application for Writ of Mandamus to be filed and presented to the Honorable Court in the above styled cause for consideration and ruling.

Please note on this date, a true and correct copy has been served upon the Atascosa County District Clerk, the Respondent in this matter.

I would request to be notified of any decision or Order issued by the Court in this matter please.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await the Court's action in this matter.

Sincerely,

x _Jose R. _____ 9-1-15

Jose Raul Granados
Relator Pro Se
TDCJ-ID # 1876161
Smith Unit
1313 CR 19
Lamesa, Texas 79331

enclosure(s): 1 (3 pgs)

cc: file
    Atascosa County District Clerk

EX PARTE

JOSE RAUL GRANADOS

§

§          NO. _____SEP 0 1 2015

§

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 0 1 2015

Abel Acosta, Clerk

## APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Jose Raul Granados, Relator Pro Se, in the above styled cause, and respectfully files and submits this his Applicatio for Writ of Mandamus, pursuant to Texas Rules of Appellate Procedure, and would show the following in support of issuance of mandamus.

I.

A.  RELATOR

Jose Raul Granados, TDCJ-ID # 1876161, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at Smith Unit, 1313 CR 19, Lamesa, Dawson County, Texas 79331.

Relator has exhausted his remedies and has no other adequate remedy at law.

The act sought is ministerial, not discretionary in nature. The Texas Code of Criminal Procedure, Article 11.07 § 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved.

Texas Rules of Appellate Procedure 73, provides further that if the court has found unresolved issues within the 20 days to act under Article 11.07, a copy of said Order Designating Issues is to be mailed to the Court of Criminal Appeals and Applicant. The court would have 145 days to resolve the designated issues before the District Clerk is to immediately forward the entire habeas record to the Court of Criminal Appeals.

To date, there has been no copy of an Order designating issues, which is past the statutory limitation period for such finding. Nor has a copy of the habeas reocrd been transmitted to the Court of Criminal Appeals at the conclusion of the 35-day period, since the court has not designated any issues to be resolved. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have recieved notice from the Court of Criminal Appeals.

B.  RESPONDENT

Relator Margaret Littleton, in her capacity as the District Clerk of Atascosa Conty, Texas has a ministerial duty to receive and file all papers in a criminal proceeding, and perform all other duties imposed on the clerk by law pursuant to Tex. C. Crim. Proc. Art. 2.21, and is responsible under Article 11.07 § 3(c) and Tex. R. App. Proc. 73 to immediately transmit to the Court of Criminal Appeals a copy of the habeas record when the convicting court decides if there are or are not any issues to be resolved. Margaret Littleton, District Clerk, Atascosa County may be served at her place of business at 1 Courthouse Circle Drive, Ste 4-B, Jourdonton, Texas 78026.

## III.

C.   VIOLATIONS OF ARTICLE 11.07 OF TEX.C.CRIM.PROC. AND TEX.R.APP.PROC. 73

The Respondent violated Article 11.07 § 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the habeas record to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested. Article 11.07 § 3(c) provides that immediately after the 35-day limitation period expires and the habeas court has not designated any issues to be resolved, the Respondent is to forward the habeas record to the Court of Criminal Appeals.

Texas Rules of Appellate Procedure 73 requires that if the habeas court has designated issues to be resolved the Respondent is to immediately transmit a copy of the Order Designating Issues to the Court of Criminal Appeals and Relator. The Respondent has failed to comply with Rule 73.

The Relator has requested the Respondent to transmit the habeas file to the Court of Criminal Appeals, but to date has failed to do such. Nor has the Relator forwarded any Order to the Court of Criminal Appeals or the Relator.

The Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of habeas record to the Court of Criminal Appeals and that such records are required by the Court of Criminal Apepals to act on Relator's writ of habeas corpus. Relator has gone well beyond any requirements or obligations imposed upon him by Texas Statutes. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure and Texas Rules of Appellate Procedure, is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written response to his requests.

The Statutes are clear. The Respondent is in violation of this procedure, ministerial duties, and thus the laws of this State.

IV

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator Jose Raul Granados, pro se, respectfully request a finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a reasonable time after the date they were statutorily required and requested to be transmitted; that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an Order directing the Respondent to transmit copy of habeas record to the Court of Criminal Appeals as directed by Article 11.07 § 3(c) and Rule 73, in the interest of justice.

DATED: September 2, 2015

Respectfully Submitted

_Jose R. ___ 9-1-15_

Jose Raul Granados
Relator Pro Se
TDCJ-ID # 1876161
Smith Unit
1313 CR 19
Lamesa, Texas  79331


I, Jose Raul Granados, declare under penalty of perjury, that the foregoing true and correct, and further, certify that a true and correct copy was served upon Margaret Littleton, Atascosa County District Clerk, 1 Courthouse Circle Dr., Suite 4-B, Jourdanton, Texas  78026, by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 2nd day of September, 2015.

_Jose R. ___

Jose Raul Granados
Relator Pro Se
TDCJ-Id # 1876161